

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Rainer Von Falkenhorst III v. Arthur Kwok, Erika Lynnsey Kwok, Qai Asset, Inc., Rush Green Asset, Limited Partnership, Regal Realty International, LP, and Ericka J. Thomas

Appellate case number:   01-21-00574-CV

Trial court case number:  2021-18661

Trial court:             269th District Court of Harris County

It is ordered that Appellant's Motion for Rehearing is **denied**.

Judge's signature: /s/ Julie Countiss
                    Acting for the Court

Panel consists of Chief Justice Radack and Justices Countiss and Farris.

Date:   April 28, 2022